UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK WOLFF,<br>Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-163T |
| | : | |
| AMERICAN BIOPHYSICS CORP.,<br>Defendant. | : | |

**ANSWER OF DEFENDANT AMERICAN BIOPHYSICS CORP.**

Now comes Defendant, American Biophysics Corp. ("ABC"), and, for its answer to the Complaint filed by the Plaintiff, Mark Wolff ("Plaintiff"), responds to the corresponding paragraphs of the Complaint as follows:

1. ABC denies knowledge or information sufficient to admit or deny the allegations of Paragraph 1 of Plaintiff's Complaint.

2. ABC denies knowledge or information sufficient to admit or deny the allegations of Paragraph 2 of Plaintiff's Complaint.

3. ABC denies knowledge or information sufficient to admit or deny the allegations of Paragraph 3 of Plaintiff's Complaint.

4. ABC denies knowledge or information sufficient to admit or deny the allegations of Paragraph 4 of Plaintiff's Complaint.

5. Admitted.

6. ABC denies knowledge or information sufficient to admit or deny the allegations of Paragraph 6 of Plaintiff's Complaint.

7. Admitted.

8. Admitted.

9. In that the allegations of Paragraph 9 of Plaintiff's Complaint are not allegations of fact, but are conclusions of law, ABC neither admits nor denies same. Should said allegations be construed in such a manner to require ABC to respond, same are expressly denied.

10 In that the allegations of Paragraph 10 of Plaintiff's Complaint are not allegations of fact, but are conclusions of law, ABC neither admits nor denies same. Should said allegations be construed in such a manner to require ABC to respond, same are expressly denied.

11. In that the allegations of Paragraph 11 of Plaintiff's Complaint are not allegations of fact, but are conclusions of law, ABC neither admits nor denies same. Should said allegations be construed in such a manner to require ABC to respond, same are expressly denied.

12. In that the allegations of Paragraph 12 of Plaintiff's Complaint are not allegations of fact, but are conclusions of law, ABC neither admits nor denies same. Should said allegations be construed in such a manner to require ABC to respond, same are expressly denied.

13. Admitted.

14. ABC denies knowledge or information sufficient to admit or deny the allegations of Paragraph 14 of Plaintiff's Complaint.

15. ABC denies knowledge or information sufficient to admit or deny the allegations of Paragraph 15 of Plaintiff's Complaint.

16. Admitted.

17. Denied.

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. ABC denies knowledge or information sufficient to admit or deny the allegations of Paragraph 29 of Plaintiff's Complaint.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of employment-at-will.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, as he was not discriminated against.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the doctrine of waiver.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the doctrine of estoppel.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred as any injury or damages allegedly suffered by Plaintiff (which damages are expressly denied) were the result of an independent intervening cause and not the result of any alleged acts or omissions of ABC.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred as all actions taken by ABC were taken for legitimate, reasonable and non-discriminatory reasons.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by Plaintiff's failure to mitigate his damages.

**TENTH AFFIRMATIVE DEFENSE**

ABC is entitled to a set-off for all amounts which Plaintiff has earned in mitigation of his alleged damages and for all amounts which Plaintiff could have earned had he exercised reasonable diligence to mitigate her damages.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred because Plaintiff suffered no damages.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's alleged damages are not the proximate result of Defendant's alleged conduct.

WHEREFORE, Defendant, American Biophysics Corp., respectfully requests that this Court;

(a) Enter judgment in its favor and against Plaintiff on all counts of the Complaint;

(b) Deny Plaintiff's requests for relief and damages in all respects;

(c) Award ABC its attorneys' fees and costs; and

(d) Grant such further relief as the Court deems appropriate and just.

DEFENDANT

American Biophysics Corp.

By its Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
Joseph A. Anesta (#3020)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700

Dated: October 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of October, 2006, a true copy of the foregoing document, which is being filed through the ECF system, was served electronically on the following recipient identified as a registered participant on the Notice of Electronic Filing:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

/s/ Charles S. Beal

G:\jaa\American Biophysics Corp\Wolff\Answer.doc