# United States District Court

DISTRICT OF

MARK WOLFF

V.

AMERICAN BIOPHYSICS CORPORATION

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 06 163T

TO: (Name and address of defendant)

JOSEPH F. WHINERY, ESQ. REGISTERED AGENT
56 EXCHANGE TERRACE
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN T. FANNING
305 SOUTH MAIN ST.
PROVIDENCE, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
CLERK Chief Deputy Clerk

4-7-06
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/19/06 |
| NAME OF SERVER *(PRINT)* Edwin J. Semper | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: Served American Biophysics via AFS Joseph F. Whitney 56 Exchange Terrace Providence RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45 | 45 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/19/06
*Date*

Edwin J. Semper
*Signature of Server*

56 Hunters Run N. Providence
*Address of Server*

Joseph A. Anesta

FILED
2006 AUG 31 A 11:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.