UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK WOLFF,<br>Plaintiff, | : | |
| v. | : | Civil Action No.: 06-163T |
| AMERICAN BIOPHYSICS CORP.,<br>Defendant | : | |

**NOTICE OF APPOINTMENT OF RECEIVER AND JUDICIAL STAY**

**TO:** CLERKS OF COURT
United States District Court for the
District of Rhode Island
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

**PLEASE TAKE NOTICE** that Jonathan N. Savage, Esquire ("Attorney Savage"), was appointed as receiver (the "Receiver")of American Biophysics Corporation ("ABC") pursuant to orders entered on November 27, 2007 and January 3, 2007, respectively, by the Rhode Island Superior Court sitting in Washington County (the "Receivership Court"), W.M. No.: 2006-0708 (Nugent, J.) (the "Receivership Orders"). Copies of the Orders Appointing Attorney Savage as Temporary and Permanent Receiver are attached hereto and incorporated by reference herein.

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Receivership Orders provide in pertinent part, at paragraphs 7 and 14, respectively:

> That the commencement, prosecution, or continuance of the prosecution, of any action, suit, arbitration proceeding, hearing, or any foreclosure, reclamation or repossession proceeding, both judicial and non-judicial, or any other proceeding, in law, or in equity or under any statute, or otherwise, against said Defendant or any of its property, in any Court, agency, tribunal, or elsewhere, or before any arbitrator, or otherwise by any creditor, stockholder, corporation, partnership or any other person, or the levy of any attachment, execution or other process upon

or against any property of said Defendant, or the taking or attempting to take into possession any property in the possession of the Defendant or of which the Defendant has the right to possession, or the cancellation at any time during the Receivership proceeding herein of any insurance policy, lease or other contract with Defendant, by any of such parties as aforesaid, other than the Receiver designated as aforesaid, or the termination of telephone, electric, gas or other utility service to Defendant, by any public utility, without obtaining prior approval thereof from this Honorable Court, in which connection said Receiver shall be entitled to prior notice and an opportunity to be heard, are hereby restrained and enjoined until further Order of this Court.

Therefore, pursuant to the aforesaid Receivership Orders, it is the position of the Receiver that as ABC has a participation interest in the above captioned matter, this matter as it pertains to ABC is judicially stayed, and the parties thereto are enjoined and restrained from continuing this action as it pertains to ABC until ordered otherwise by the Receivership Court.

Dated this 26th day of January 2007

Jonathan N. Savage, Esquire, Solely in His
Capacity as Court-Appointed Receiver for
American Biophysics Corporation

By his attorneys

/s/ Thomas E. Carlotto
Thomas E. Carlotto, Esq. (#6088)
Stephen F. Del Sesto, Esq. (#6336)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, Rhode Island 02860
Tel: 401-272-1400
Fax: 401-272-1403

**CERTIFICATION OF SERVICE**

I hereby certify that on this 26th day of January 2007, a true copy of the foregoing document, which is being filed through the ECF system, was served electronically on the following recipients identified as registered participants on the Notice of Electronic Filing:

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

/s/ Thomas E. Carlotto